Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>    Plaintiff,<br><br>    v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,<br><br>    Defendants. | Case No. 2:16-cv-01275-GMN-PAL<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE COMPLAINT AGAINST FINANCIAL PACIFIC INSURANCE COMPANY** |

//
//
//
//
//
//
//
//

Plaintiffs Centex Homes herby dismisses without prejudice, its complaint against defendant Financial Pacific Insurance Company with each party to bear its own fees and costs.

DATED: July 29, 2016         PAYNE & FEARS LLP

By  */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

IT IS ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 29 day of July, 2016.

4848-2370-8469.1