1  ANDREW D. HEROLD, ESQ.
   Nevada Bar No. 7378
2  aherold@heroldsagerlaw.com
   JOSHUA A. ZLOTLOW, ESQ.
3  Nevada Bar No. 11333
4  jzlotlow@heroldsagerlaw.com
   HEROLD & SAGER
5  3960 Howard Hughes Parkway, Suite 500
   Las Vegas, NV  89169
6  Tel: (702) 990-3624
7  Fax: (702) 990-3835

8  Attorneys for Defendant
   LEXINGTON INSURANCE COMPANY
9

10              UNITED STATES DISTRICT COURT

11                  DISTRICT OF NEVADA

| CENTEX HOMES, a Nevada general partnership, | CASE NO. 2:16-cv-01275-GMN-PAL |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING TO INITIAL COMPLAINT (FIRST REQUEST)** |
| vs. | |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, | Complaint served:         September 12, 2016<br>Current response date:   October 3, 2016<br>New response date:        October 10, 2016 |
| Defendants. | |

    Plaintiff CENTEX HOMES and Defendant LEXINGTON INSURANCE COMPANY ("Lexington"), hereby submit the following Stipulation to Extend Time to File a Responsive Pleading to Initial Complaint in the above-captioned action.

///

///

---

1
STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING        CASE NO. 2:16-cv-01275-GMN-PAL

1  WHEREAS, Plaintiff filed a Complaint on June 8, 2016 ("Complaint"), in the United States District Court, District of Nevada as Case Number 2:15-cv-01275 naming LEXINGTON INSURANCE COMPANY as a defendant;

WHEREAS, on or about September 12, 2015, Plaintiff served Lexington with the complaint through the State of Nevada Department of Business and Industry, Division of Insurance;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's deadline to respond to the Complaint in this action is October 3, 2016;

WHEREAS, the parties have agreed to extend the time for Defendant to file a responsive pleading to the Complaint until October 10, 2016;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate to allow for an extension of time for Defendant to file a responsive pleading until October 10, 2016.

DATED: September 30, 2016        PAYNE & FEARS LLP

By:  /s/ Sarah J. Odia (as authorized on 9/30/16)
SCOTT S. THOMAS, ESQ.
sst@paynefears.com
SARAH J. ODIA, ESQ.
sjo@paynefears.com
Attorneys for Plaintiff CENTEX HOMES

DATED: September 30, 2016        HEROLD & SAGER

By:  [signature]
ANDREW D. HEROLD, ESQ.
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
jzlotlow@heroldsagerlaw.com
Attorneys For Defendant
LEXINGTON INSURANCE COMPANY

IT IS SO ORDERED:

DATED: September 30, 2016

[signature]
UNITED STATES MAGISTRATE JUDGE