Scott S. Thomas, NV Bar No. 7937
sst@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership, | Case No. 2:16-cv-01275-GMN-PAL |
| Plaintiff, | **ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CENTEX HOMES' COMPLAINT AGAINST HARTFORD CASUALTY INSURANCE COMPANY** |
| v. | |
| EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation, | |
| Defendants. | |

1  Plaintiff Centex Homes hereby dismisses, without prejudice, its Complaint against
2  defendant Hartford Casualty Insurance Company, in its entirety, with each party to bear its own
3  fees and costs.

5  DATED: October 6, 2016

PAYNE & FEARS LLP

By   */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, Nevada 89128
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  13  day of October, 2016.

4835-1755-3978.1