ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
jzlotlow@heroldsagerlaw.com
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
Tel: (702) 990-3624
Fax: (702) 990-3835

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>                           Plaintiff,<br><br>             vs.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,<br><br>                           Defendants. | CASE NO. 2:16-cv-01275-GMN-PAL<br><br>**STIPULATION RE BRIEFING ON LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS [FIRST REQUEST]** |

Plaintiff CENTEX HOMES ("Centex") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington"), hereby submit the following Stipulation Re Briefing on Lexington's Motion to Dismiss.

///

///

---

1
STIPULATION RE BRIEFING ON LEXINGTON'S MOTION TO DISMISS     CASE NO. 2:16-cv-01275-GMN-PAL

1  WHEREAS, Lexington filed a Motion to Dismiss on October 10, 2016 (ECF Nos. 19 and 20) (the "Motion");

WHEREAS, the Motion makes various arguments as to why Centex's claims against Lexington should be dismissed relying in part on the language of the Lexington policies at issue;

WHEREAS, the Motion did not include copies of the Lexington policies themselves, but rather correspondence between Lexington and Centex in which the parties disputed Centex's rights and Lexington's obligations under the policies based in part of the policy language;

WHEREAS, Centex has requested additional policy information in order to respond to the Motion;

WHEREAS, Lexington is working towards obtaining certified copies of the insurance policies and intends to supplement the Motion with these certified copies;

WHERAS, Lexington and Centex agree that it would be best for this Court to address the issue of the proper interpretation of the language of the Lexington policies with complete copies of the Lexington policies in the Court's records at the time it addresses the Motion;

NOW, THEREFORE, Centex and Lexington, by and through their respective counsel of record, hereby stipulate that Lexington shall supplement the Motion with certified copies of the insurance policies addressed therein and that Centex's opposition to the Motion shall be filed and served within 10 calendar days of the filing of Lexington's supplemental papers and Lexington's reply papers shall be filed and served within 10 calendar days thereafter.

DATED: October 24, 2016

**ORDER**

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendant Lexington Insurance Company shall file the relevant insurance policies by November 7, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

**DATED** this _25_ October, 2016.

| | | |
|---|---|---|
| 1 | DATED: October 24, 2016 | HEROLD & SAGER |
| 2 | | By: /s/ Joshua Zlotlow |
| 3 | | ANDREW D. HEROLD, ESQ. |
| | | aherold@heroldsagerlaw.com |
| 4 | | JOSHUA A. ZLOTLOW, ESQ. |
| | | jzlotlow@heroldsagerlaw.com |
| 5 | | Attorneys For Defendant |
| 6 | | LEXINGTON INSURANCE COMPANY |

PAYNE & FEARS LLP

By:  /s/ Sarah J. Odia (as authorized on 10/24/16)
SCOTT S. THOMAS, ESQ.
sst@paynefears.com
SARAH J. ODIA, ESQ.
sjo@paynefears.com
Attorneys for Plaintiff CENTEX HOMES