ANDREW D. HEROLD, ESQ.
Nevada Bar No. 7378
aherold@heroldsagerlaw.com
JOSHUA A. ZLOTLOW, ESQ.
Nevada Bar No. 11333
jzlotlow@heroldsagerlaw.com
HEROLD & SAGER
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
Tel: (702) 990-3624
Fax: (702) 990-3835

Attorneys for Defendant
LEXINGTON INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES, a Nevada general partnership,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-01275-GMN-PAL<br><br>**STIPULATION RE BRIEFING ON LEXINGTON INSURANCE COMPANY'S MOTION TO DISMISS [FIRST REQUEST]** |

Plaintiff CENTEX HOMES ("Centex") and Defendant LEXINGTON INSURANCE COMPANY ("Lexington"), hereby submit the following Stipulation Re Briefing on Lexington's Motion to Dismiss.

///

///

---

1

STIPULATION RE BRIEFING ON LEXINGTON'S MOTION TO DISMISS    CASE NO. 2:16-cv-01275-GMN-PAL

1          WHEREAS, Lexington filed a Motion to Dismiss on October 10, 2016 (ECF Nos. 19 and 20) (the "Motion");

2          WHEREAS, the Motion makes various arguments as to why Centex's claims against Lexington should be dismissed relying in part on the language of the Lexington policies at issue;

3          WHEREAS, the Motion did not include copies of the Lexington policies themselves, but rather correspondence between Lexington and Centex in which the parties disputed Centex's rights and Lexington's obligations under the policies based in part of the policy language;

4          WHEREAS, Centex and Lexington previously stipulated that Lexington would supplement the Motion with copies of the insurance policies addressed therein and Centex's opposition would filed and served within 10 calendar days of the filing of Lexington's supplemental papers and Lexington's reply papers would be filed and served within 10 calendar days thereafter.

5          WHEREAS, Lexington filed copies of the policies on November 4, 2016 and Centex filed its opposition on November 14, 2016.

6          WHEREAS, November 24, 2016 is Thanksgiving, counsel's offices are closed on November 25, 2016, and counsel for Lexington will be out of the country at that time.

7          NOW, THEREFORE, Centex and Lexington, by and through their respective counsel of record, hereby stipulate that Lexington shall file and serve its reply by November 28, 2016.

DATED: November 17, 2016                    PAYNE & FEARS LLP

                                             By:   /s/ Sarah J. Odia (as authorized 11/17/16)
                                                   SCOTT S. THOMAS, ESQ.
                                                   sst@paynefears.com
                                                   SARAH J. ODIA, ESQ.
                                                   sjo@paynefears.com
                                                   Attorneys for Plaintiff CENTEX HOMES

///
///
///
///
///
///

1  DATED: November 17, 2016						HEROLD & SAGER

2											By: /s/ Andrew D. Herold

3											ANDREW D. HEROLD, ESQ.
											aherold@heroldsagerlaw.com
4											JOSHUA A. ZLOTLOW, ESQ.
											jzlotlow@heroldsagerlaw.com
5											Attorneys for Defendant
											LEXINGTON INSURANCE COMPANY
6

7  **IT IS SO ORDERED:**

8  DATED: November 27, 2016

9

10								_____
								UNITED STATES DISTRICT JUDGE