UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Re:  Centex Homes Litigation

2:16-cv-01275-GMN-PAL
2:16-cv-01634-APG-GWF
2:16-cv-01958-JAD-VCF

**OMNIBUS TRANSFER ORDER**

Centex Homes has filed three lawsuits alleging breach of contract, breach of the covenant of good faith and fair dealing, breach of Nevada's Unfair Claims Practices Act, and declaratory relief against various insurance agencies stemming from their alleged failure to provide Centex Homes with a defense in several construction defect litigations. Many of the insurance policies at issue contain similar language.

Having reviewed these cases, the judges of this district have concluded that judicial economy will be served by transferring all of these cases to a single District Court Judge and Magistrate Judge. Accordingly, in exercise of the Court's inherent power to control the management of the docket and in order to foster judicial economy,

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED** that each of these cases shall be **TRANFERRED** to Chief Judge Gloria M. Navarro and Magistrate Judge Peggy A. Leen, who were assigned the earliest opened case, for all further proceedings:

    2:16-cv-01275-GMN-PAL *Centex Homes v. Everest Nat'l Ins. Co., et al.*

    2:16-cv-01634-APG-GWF *Centex Homes v. Navigators Specialty Ins. Co., et al.*

    2:16-cv-01958-JAD-VCF *Centex Homes v. Zurich Am. Ins. Co., et al.*

**DATED** this __22__ day of June, 2017.

_____      _____
Gloria M. Navarro, Chief Judge                Andrew P. Gordon
United States District Judge                   United States District Judge

_____
Jennifer A. Dorsey
United States District Judge