Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff CENTEX HOMES

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTEX HOMES,<br><br>    Plaintiff,<br><br>v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation;<br><br>    Defendants. | Case No. 2:16-cv-01275-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FIRST AMENDED COMPLAINT AGAINST DEFENDANT EVEREST NATIONAL INSURANCE COMPANY** |

IT IS HEREBY STIPULATED AND AGREED, by and between Sarah J. Odia of Payne & Fears LLP, counsel for plaintiff Centex Homes, and Eric S. Powers of Selman Breitman LLP, counsel for defendant Everest National Insurance Company, that the First Amended Complaint of Centex Homes against Everest National Insurance Company be dismissed *with prejudice*, with each party to pay their own attorneys' fees and costs.

| | | |
|---|---|---|
| DATED: May 29, 2018 | | PAYNE & FEARS LLP |
| | By | */s/ Sarah J. Odia* |
| | | SCOTT S. THOMAS, NV Bar No. 7937 |
| | | SARAH J. ODIA, NV Bar No. 11053 |
| | | 6385 S. Rainbow Blvd., Suite 220 |
| | | Las Vegas, Nevada 89118 |
| | | Tel. (702) 851-0300 |
| | | Attorneys for CENTEX HOMES |
| DATED: May 29, 2018 | | SELMAN BREITMAN LLP |
| | By | */s/ Eric S. Powers* |
| | | ERIC S. POWERS, NV Bar No. 12850 |
| | | 3993 Howard Hughes Parkway, Ste. 200 |
| | | Las Vegas, NV 89169-0961 |
| | | (702) 228-7717 |
| | | Attorneys for Defendant EVEREST NATIONAL INSURANCE COMPANY |

**ORDER**

IT IS SO ORDERED, that the First Amended Complaint of Centex Homes against defendant Everest National Insurance Company is hereby dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

Dated this __14__ day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

4853-2058-3519.2