**BENJAMIN J. CARMAN, ESQ.**
Nevada Bar No. 12565
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranalllilawyers.com
Attorney for Defendant,
*INTERSTATE FIRE AND CASUALTY COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES, a Nevada general Partnership, | |
| Plaintiff, | Case No.: 2:16-cv-01275 |
| vs. | |
| EVEREST NATIONAL INSURANCE COMPANY, A Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois Corporation; LEXINGTON INSURANCE COMPANY, a Delaware Corporation; FINANCIAL PACIFIC INSURANCE COMPANY, a California Corporation; HARTFORD CASUALTY INSURANCE COMPANY, an Indiana Corporation, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL AGAINST DEFENDANT**

**INTERSTATE FIRE & CASUALTY COMPANY**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CENTEX HOMES, and DEFENDANT, INTERSTATE FIRE & CASUALTY COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in

1

this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

Dated: September 13, 2018

**RANALLI ZANIEL FOWLER & MORAN, LLC**

/s/ Benjamin Carman
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorney for Defendant,
*INTERSTATE FIRE AND CASUALTY COMPANY*

Dated: September 13, 2018

**PAYNE & FEARS LLP**

/s/ Sarah Odia
SCOTT S. THOMAS, ESQ.
Nevada Bar No. 7937
SARAH J. ODIA, ESQ,
Nevada Bar No. 11053
6385 S. Rainbow Blvd.,
Suite 220
Las Vegas, Nevada 89118
Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED:

Dated this 13 day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT