Scott S. Thomas
Nevada Bar No. 7937
sst@paynefears.com
Sarah J. Odia
Nevada Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Plaintiff CENTEX HOMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTEX HOMES,<br><br>          Plaintiff,<br><br>     v.<br><br>EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; INTERSTATE FIRE & CASUALTY COMPANY, an Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation;<br><br>          Defendants. | Case No. 2:16-cv-01275-GMN-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT LEXINGTON INSURANCE COMPANY** |

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED, by and between Sarah J. Odia of Payne & Fears LLP, counsel for plaintiff Centex Homes, and Andrew D. Herold and Joshua A. Zlotlow of Herold & Sager, counsel for defendant Lexington Insurance Company, that the complaint of Centex against Lexington Insurance Company be dismissed *with prejudice*, with each party to pay their own attorneys' fees and costs.

DATED: September 21, 2018     PAYNE & FEARS LLP

By   */s/ Sarah J. Odia*
SCOTT S. THOMAS, NV Bar No. 7937
SARAH J. ODIA, NV Bar No. 11053
6385 S. Rainbow Blvd., Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for CENTEX HOMES

DATED: September 21, 2018     HEROLD & SAGER

By   */s/ Joshua A. Zlotlow*
ANDREW D. HEROLD, NV Bar No. 7378
JOSHUA A. ZLOTLOW, NV Bar No. 11333
3960 Howard Hughes Parkway, Ste. 500
Las Vegas, NV 89169
Tel. (702) 990-3624

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED, that the Complaint of Centex Homes against defendant Lexington Insurance Company is hereby dismissed with prejudice, with each party to pay their own attorneys' fees and costs.

DATED this __25__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

-2-